**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Patrick Bowie, Respondent,

v.

Woodbine Estates, LLC, Appellant.

Appellate Case No. 2013-001064

Appeal From Abbeville County
Eugene C. Griffith, Jr., Circuit Court Judge

Unpublished Opinion No. 2014-UP-393
Submitted September 1, 2014 – Filed November 12, 2014

**AFFIRMED**

Fletcher N. Smith, Jr., of Law Firm of Fletcher N. Smith, Jr., LLC, of Greenville, for Appellant.

Robert Jamison Tinsley, Jr., of Greenwood, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *S.C. Dep't of Transp. v. M & T Enters. of Mt. Pleasant*, 379 S.C. 645, 658, 667 S.E.2d 7, 14 (Ct. App. 2008) ("It is well settled that an issue must have been raised to and ruled upon by the trial court to be preserved for appellate

review."); *I'On, L.L.C. v. Town of Mt. Pleasant*, 338 S.C. 406, 422, 526 S.E.2d 716, 724 (2000) ("The losing party must first try to convince the [trial] court it . . . has ruled wrongly and then, if that effort fails, convince the appellate court that the [trial] court erred. This principle underlies the long-established preservation requirement that the losing party generally must both present his issues and arguments to the [trial] court and obtain a ruling before an appellate court will review those issues and arguments.").

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.